# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153889(63)

RONNIE DANCER and ANNETTE DANCER,
      Plaintiffs-Appellees,

v

SC: 153889
COA: 324314
Kalamazoo CC: 12-000571-NO

CLARK CONSTRUCTION COMPANY, INC.,
      Defendant,
and

BETTER BUILT CONSTRUCTION SERVICES,
INC.,
      Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of plaintiffs-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before August 12, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2016



Clerk